*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Deon Paylor
    Debtor(s)                                                              Case No: 19−17347−amc

                                                                                     Chapter: 13

___

*NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 4/21/20 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

                                                               For The Court

                                                               Timothy B. McGrath
                                                              Clerk of Court