United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-17347-amc
Deon Paylor                                                                     Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith           Page 1 of 1           Date Rcvd: Apr 22, 2020
                              Form ID: pdf900       Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2020.
db            +Deon Paylor,    7661 Brentwood Road,    Philadelphia, PA 19151-2022
14429784      +KML Law Group,    Suite 5000 Mellon Independence Ctr,    701 Market Street,
               Philadelphia, PA 19106-1538
14467647      +PENNSYLVANIA HOUSING FINANCE AGENCY,    C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,
               701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Apr 23 2020 03:09:16     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 23 2020 03:08:52
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 23 2020 03:09:11     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14451765      +E-mail/Text: g20956@att.com Apr 23 2020 03:09:30     AT&T Mobility II LLC,
               %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
               BEDMINSTER, NJ. 07921-2693
14447099      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 23 2020 03:19:12     Directv, LLC,
               by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14455070      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 23 2020 03:09:03     Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
14429785       E-mail/Text: blegal@phfa.org Apr 23 2020 03:09:05     Pennsylvania Housing Finance Agency,
               Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
14466502       E-mail/Text: blegal@phfa.org Apr 23 2020 03:09:05     Pennsylvania Housing Finance Agency,
               211 North Front Street,    Harrisburg, PA 17101-1406
14482383      +E-mail/Text: megan.harper@phila.gov Apr 23 2020 03:09:16     Water Revenue Bureau,
               Pamela Elchert Thurmond,    Tax & Revenue Unit,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA 19102-1613
                                                                                       TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2020 at the address(es) listed below:
            ERIK B. JENSEN    on behalf of Debtor Deon  Paylor akeem@jensenbagnatolaw.com,
              camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
              com;jensenec79956@notify.bestcase.com
            REBECCA ANN SOLARZ    on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY
              bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
              philaecf@gmail.com
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                       TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    Chapter 13
DEON  PAYLOR


                    Debtor            Bankruptcy No. 19-17347-AMC


# <u>O R D E R</u>

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


_____
              Ashely M. Chan
              Bankruptcy Judge
              **Date: April 22, 2020**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-


Debtor:
DEON  PAYLOR

7661 BRENTWOOD ROAD

PHILADELPHIA, PA 19151-